1132

No. 94–8851. MAYS v. DRAGOVICH, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8857. CARR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8859. POINDEXTER v. UNITED STATES; and
No. 94–8861. TAYLOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8866. GARRETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8871. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8878. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8881. LENTZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8887. SANDERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8892. ALEXIUS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8895. VROOMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8896. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8897. DODD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8898. GARY v. UNITED STATES; and
No. 94–8899. HAWKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8900. WASHINGTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8903. VASQUEZ MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.